ENHANCED SECURITY RESEARCH, LLC, Plaintiff–Appellant,

v.

CISCO SYSTEMS, INC. and 3Com Corporation, Defendants–Appellees,

and

Check Point Software Technologies, Ltd. and Check Point Software Technologies Inc., Defendants–Appellees,

and

Fortinet, Inc., Defendant–Appellee,

and

International Business Machines Corporation, Nokia Corporation, and Nokia Inc., Defendants–Appellees,

and

Sonicwall, Inc., Defendant–Appellee,

and

Sourcefire, Inc., Defendant–Appellee,

and

Juniper Networks, Inc., Defendant–Appellee.

Nos. 2010–1436, 2010–1437.

United States Court of Appeals, Federal Circuit.

June 14, 2011.

Sara A. Poulos, Robins, Kaplan, Miller & Ciresi L.L.P., of Minneapolis, MN, argued for plaintiff-appellant. With her on

the brief were Martin R. Lueck, Cole M. Fauver, Julia Dayton Klein and Brenda L. Joly.

Daryl L. Joseffer, King & Spalding LLP, of Washington, DC, argued for all defendants-appellees, except Juniper Networks, Inc. With him on the brief for defendants-appellees Nokia Corporation and Nokia, Inc. were Robert F. Perry and Alexas D. Skucas, of New York, New York. On the brief for defendants-appellees Cisco Systems, Inc. and 3Com Corporation were Henry B. Gutman and Noah Leibowitz, Simpson Thacher & Bartlett LLP, of New York, NY; and Jeffrey E. Ostrow, of Palo Alto, CA. On the brief for defendants-appellees Check Point Software Technologies Ltd. and Check Point Software Technologies, Inc. were Edward J. Defranco and James M. Glass, Quinn Emanuel Urquhart & Sullivan, LLP, of New York, NY. On the brief for defendant-appellee Fortinet, Inc. was Stefani E. Shanberg, Wilson Sonsini Goodrich & Rosati, of Palo Alto, CA. On the brief for defendant-appellee International Business Machines Corporation were Holmes J. Hawkins III, Natasha H. Moffitt, and Charles A. Pannell III, King & Spalding LLP, of Atlanta, GA. On the brief for defendant-appellee SonicWall, Inc. were Colby B. Springer and Kenneth B. Wilson, Carr & Ferrell LLP, of Menlo Park, CA. On the brief for defendant-appellee Sourcefire, Inc. were Alexander J. Hadjis, Morris & Foerster LLP, of Washington, DC; and Michael E. Anderson, of McLean, VA. Of counsel was Peter J. Davis, Morrison & Foerster LLP, of Washington, DC.

Jonathan S. Kagan, Irell & Manella, LLP, of Los Angeles, CA, for defendant-appellee, Juniper Networks, Inc. With him on the brief were Morgan Chu; David C. McPhie and Rebecca Clifford, of Newport Beach, CA.

RADER, Chief Judge, LOURIE and BRYSON, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**